IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| EMMANUEL ANNOR, Individually and on Behalf of Those Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LYON FINANCIAL SERVICES, INC. d/b/a U.S. BANCORP BUSINESS EQUIPMENT FINANCE GROUP; and SEAMLESS SOLUTIONS, INC.,<br><br>Defendants. | § § § § § § § § § § § § § §<br><br>CIVIL ACTION NO. 3:06-cv-00811 |

## ORDER GRANTING UNOPPOSED MOTION FOR INTRA-DISTRICT TRANSFER

On this day, came before the Court Defendant, Lyon Financial Services, Inc. d/b/a U. S. Bancorp Business Equipment Finance Group's Unopposed Motion for Intra-District Transfer. The Court has considered the motion and evidence, and it has determined that the motion should be granted. It is therefore

ORDERED that Civil Action No. 3:06-cv-00811 is transferred in its entirety to the Southern District of Texas, Houston Division.

SIGNED on this _____ day of ____July____, 2007.

_____
JUDGE PRESIDING